AO 91 (Rev. 5/95) Criminal Complaint

---

# UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF TEXAS**
BROWNSVILLE DIVISION

**UNITED STATES OF AMERICA**

V

**GARCIA FLORES, Oscar**
A201 520 418

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:19-**PO 005**

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __1/21/2019__ in __Cameron__ County, in the __SOUTHERN__ District of __TEXAS__ defendant, an alien did,

knowingly, willfully and in violation of law attempted to gain illegal entry into the United States by willful concealment of a material fact, and in furtherance of such violation presented a State of Texas Birth Certificate and Identification Card claiming to be a United States citizen,

in violation of Title __8__ United States Code, Section(s) __1325 (a)(3)__.

I further state that I am a (n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

The defendant attempted to gain illegal entry into the United States through the Gateway International Bridge in Brownsville, Texas. The defendant presented a United States Birth Certificate from the State of Texas and a Texas Identification Card both bearing the name of GILBERT BEJARANO and further claimed to be said person to a U.S. Customs and Border Protection Officer. In Customs and Border Protection secondary it was determined, that the defendant is not the rightful owner of the documents presented. The defendant was determined to be a citizen and national of Mexico with no legal status to enter and/or be in the United States.

Defendant in possession of $150.00 MEX pesos and $55.00 U.S.D

Continued on the attached sheet and made a part hereof: ___Yes  __X__ No

/s/
**REBECCA LONGORIA CBPEO**
Signature of Complainant

Sworn to before me and subscribed in my presence,

__January 21, 2019__                    at         __BROWNSVILLE, TEXAS__
Date                                                City and State

__IGNACIO TORTEYA III, U.S. MAGISTRATE JUDGE__      _____
Name & Title of Judicial Officer                      Signature of Judicial Officer